AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>**MATTHEW C. MCDUFFIE**<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) Case No.<br>20-MJ-7107 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/25/2019-8/12/2020__ in the county of __Champaign__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252 & 2252A(a)(1) and (b)(1) | Trafficking Child Pornography |
| 18 U.S.C. 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit of Officer David Monahan.

☑ Continued on the attached sheet.

s/David Monahan
_Complainant's signature_

Officer David Monahan, CPD
_Printed name and title_

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone.

s/Eric I Long

Date: __08/13/2020__

_Judge's signature_

City and state: __Monticello, IL__    Eric I. Long, Magistrate Judge
_Printed name and title_

# AFFIDAVIT

Officer David Monahan, Champaign Police Department, being duly sworn on oath states as follows:

1. I am a police officer with the Champaign Police Department, located in Champaign, Illinois, and have been employed there from September, 2015 to present. I have been assigned to the Champaign Police Department Investigations Division since October, 2018 as both a member of the Champaign County Street Crimes Task Force and the Champaign Police Department High-Tech Crimes Unit. I have received extensive training in criminal investigations, computer crime investigations, computer forensic exams, cell phone forensic exams, and child pornography investigations. In addition, I am a certified computer forensic examiner having obtained the following Computer Forensic Certifications; Certified Forensic Computer Examiner (CFCE). I am a certified cell phone examiner having obtained the following cell phone certifications; Cellebrite Certified Mobile Examiner (CCME). I have conducted numerous investigations, state and federal, involving computer crimes, and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants.

2. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **Matthew C.**

**MCDUFFIE** committed violations of Title 18 United States Code, Sections 2252 and 2252A.

### Statutory Authority

3. This investigation concerns alleged violations of 18 U.S.C. § 2252A, relating to material involving the sexual exploitation of minors.

   a. **Child Pornography Trafficking (18 U.S.C. § 2252):** This investigation concerns alleged violations of **18 U.S.C. § 2252**, which generally prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce. It is also a crime to attempt to commit this offense.

   b. **Child Pornography Trafficking (18 U.S.C. § 2252A):** This investigation also concerns alleged violations of **18 U.S.C. § 2252A**, which generally prohibits a person from knowingly mailing, transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce. It is also a crime to attempt to commit this offense.

### Investigation

4. On Wednesday, August 12, 2020, Champaign Police Officer Michael Talbott was dispatched to a residence on the 1500 block of Hollyhill Drive, in Champaign, Illinois, in the Central District of Illinois, to meet a complainant. Dispatchers advised the reporting person, M.J. (a 36 year old white female) had discovered child pornography on her boyfriend's phone. Officer Talbott responded to the residence and spoke with M.J.

5. M.J. told Officer Talbott the following:

   a. She has been in a dating relationship with Matthew C. McDuffie (a white male, born in February 1984, hereinafter "MCDUFFIE") for approximately two months. M.J. told Officer Talbott she has known MCDUFFIE nearly her entire life.

   b. M.J. said she recently purchased a tablet for her children to play on and sometime in the evening hours of August 11, 2020, she could not find the tablet inside her residence. M.J.. said she knew MCDUFFIE had two older mobile phones in a shared vehicle that was parked outside her residence. M.J. explained that MCDUFFIE described the mobile devices as no longer operable, and she believed she might use one or both to give to her children.

   c. M.J. said after MCDUFFIE went to bed, she retrieved the two mobile phones from the vehicle. She described one as being locked and the other as unlocked. M.J. said she looked at the unlocked phone and saw it had what appeared to be an FBI anti-virus warning related to child pornography. M.J. said the warning message suggested restarting the phone in "Safe Mode." M.J. said she believed MCDUFFIE had described one of the phones as having pictures of MCDUFFIE'S father on it, and she wanted to check to see if there were photos worth saving before restarting to the phone.

   d. M.J. said when she opened the photo gallery on the device, she saw what appeared to be many hundreds of images of child pornography. M.J. later told me that there were pictures depicting both male and female children, some as young as six years old.

3

6. M.J. showed Officer Tablott several of the photos from the device. Officer Talbott looked at several photos from the gallery and observed nude photographs of girls between the ages of 8-10 years old, which depicted their breasts, buttocks, and genitalia. Officer Talbott observed one photo of a girl he estimated was between 8-10 years old laying on a bed being vaginally penetrated by an adult male's penis.

7. Officer Talbott seized both phones and delivered them to the offices of the Champaign Police Department High-Tech Crimes Unit. On the same day, I wrote a complaint and affidavit for search warrant and presented it to Sixth Judicial Circuit Judge Randall Rosenbaum, Champaign County, Illinois. Judge Rosenbaum authorized the search of the devices, and Sergeant Patrick Simons, a certified computer and mobile forensics investigator and I later executed it. The phones were identified as a ZTE (model N9136, MEID 99000881379440) and a LG Stylo2 (model LGLS775, IMEI 355141082669550).

8. An initial forensic examination of the LG Stylo2 showed MCDUFFIE browsed internet websites and located images of child pornography, downloading some to his mobile phone. Based on my training and experience, I believe these files were received on or about September 25 through September 30, 2019. For example, I located the following images stored on a folder reserved for downloaded material on the device:

    a. 394.jpg - An image of a prepubescent female, approximately 2-4 years of age being vaginally penetrated by an adult male's penis. The child's legs are spread and what appears to be a portion of an adult's hand rests on the child's right knee.

    b. 98.jpg – An image of a prepubescent female, approximately 2 years of age being vaginally penetrated by an adult male's penis. The child is wearing a

4

shirt, no pants or underwear, and is laying on her back and her eyes are closed.

c. Screenshot_2019-09-25-17-40-48.png- An image of an infant female's vagina being penetrated by an adult male's penis. The child's underwear have been pulled to the side.

d. Screenshot_2019-09-25-17-18-47.png– An image of a prepubescent female, approximately 4-7 years of age, being vaginally penetrated by a male's penis. The child is wearing a red and white shirt, no pants or underwear.

e. Screenshot_2019-09-26-09-28-36.png– An image of a prepubescent female, approximately 4-6 years of age, being digitally penetrated in the anus. The child's vagina is visible, and a banner appears on the bottom portion of the image which reads "FINGERING ASS".

f. Screenshot_2019-09-29-01-50-57.png– An image of a prepubescent female, approximately 2-4 years of age, being anally penetrated by an adult penis. The words "DOWNLOAD VIDEO FILES" appear below the image of the child being penetrated.

g. Screenshot_2019-09-29-02-20-17.png – An image of an infant female being anally penetrated by an adult male's penis. The child's hands appear to the left and right of her labia.

h. Screenshot_2019-09-29-02-24-19.png – An image of a prepubescent female, approximately 2 years of age, being vaginally penetrated by an adult male's penis. The child is laying on her back, wearing a red shirt and no pants or underwear. The child is holding a stuffed animal.

5

    i. 25cc2f.gif – An image of a prepubescent female, approximately 5-7 years of age, holding an object near her anus. It is unclear if the object is penetrating the child's anus. The child is sitting, completely nude.

    j. 103.jpg – An image of a prepubescent female, approximately 4-6 years of age, with what appears to be male ejaculate on her face and torso. The female is clothed in a two-piece bathing suit.

    k. download.gif – An image of two prepubescent females, both approximately 6-8 years of age, one of which is laying on her back, completely nude. The second child is holding what appears to be a vibrating sex toy, such that the object is penetrating the labia of the first child.

    l. E5UFi.gif – An image of two prepubescent females, both approximately 4-6 years of age, one of which is laying on her back, completely nude. The second child is laying on her stomach, perpendicular to the first, such that the second child's head is laying on the pelvis of the first. What appear to be adult male hands and arms are resting near the genitalia of the first child.

9. On August 12, 2020, I contacted MCDUFFIE, and after being properly advised agreed to be interviewed. MCDUFFIE stated he moved back to the the Champaign-Urbana area around May of 2019 and stayed with various friends in the area. He indicated that in the Fall of 2019, he would have been living in a trailer in Urbana, Illinois. MCDUFFIE admitted to being addicted to pornography in general, and "having a problem" with child pornography specifically. MCDUFFIE said he did not recall downloading any images of child pornography onto his phone, but said he has regularly

viewed child pornography since the age of 12 or 13. MCDUFFIE admitted to having viewed child pornography on multiple mobile devices using the internet.

10. MCDUFFIE consented to the search of a Samsung Galaxy A10E device I located on his person when I encountered him. Sgt. Simons located numerous images of child pornography similar to the ones described in paragraph 8, herein, on this device, as well. FURTHER AFFIANT SAYETH NOT.

                                          s/David Monahan

                                     David Monahan, Police Officer
                                     Champaign Police Department

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone this 13th day of August, 2020.

   s/Eric I Long

ERIC I. LONG, Magistrate Judge
United States District Court